UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Carolyn N. Gardner

Case No.: 17-32181
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

On 12/21/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on January 22, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 1401 Salem Road, Burlington, NJ 08016 - $200,000

Liens on property: $215,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Ave., Red Bank, NJ 07701
Telephone No.: (732) 383-7233

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32181-MBK
Carolyn N. Gardner                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Dec 26, 2017
                             Form ID: pdf905          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2017.
```
db          +Carolyn N. Gardner,    1401 Salem Road,    Burlington, NJ 08016-3120
cr         ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,    25505 W. 12 Mile Road,
             Southfield, MI  48034-1846)
517155332   +Atlantic City Expressway,    Acct No xxxxxxxxxxxx4701,    PO Box 4971,    Trenton, NJ 08650-4971
517155333   +Burlington County Library System,    Acct No xx0146,    5 Pioneer Boulevard,
             Westampton, NJ 08060-3825
517155334   +Credit Acceptance Corporation,    Acct No xxxx0164,    25505 West Twelve Mile Road,
             Southfield, MI 48034-8331
517155336   +Cure Auto Insurance,    214 Carnegie Center,    Suite 101,    Princeton, NJ 08540-6237
517155338  ++DENTAL HEALTH ASSOCIATES P A,    320 SOUTH MAIN STREET,    PHILLIPSBURG NJ 08865-2859
             (address filed with court: Dental Health Associates PA,    Acct No xxx7030,
             1636 Route 38-Suite 21,    Lumberton, NJ 08048)
517155340   +EZ Pass,   Acct No xxxxxxxxxxxx7001,    PO Box 4972,    Trenton, NJ 08650-4972
517155339    Emergency Physicians of South Jersey,    Acct No xxxxxxxxxxxx4604,    25858 Ridge Park Drive,
             Akron, OH 44333-8203
517155341   +Financial Recoveries,    Acct No xxxxxxxx6830,    200 East Park Drive,    Suite 100,
             Mount Laurel, NJ 08054-1297
517155342   +First Credit, Inc.,    Acct No xxxxxxxx2824,    PO Box 630838,    Cincinnati, OH 45263-0838
517155344   +Hampton Hospital,    Acct No xxxxxx0018,    650 Rancocas Road,    Westampton, NJ 08060-5613
517155343   +Hampton Hospital,    Acct No xxxxxxx0014,    650 Rancocas Road,    Westampton, NJ 08060-5613
517155345   +Home Point Financial Corporation,    Acct No xxxxxx9392,    1194 Oak Valley Drive,    Suite 80,
             Ann Arbor, MI 48108-8942
517155346   +Home Point Financial Corporation,    Acct No xxxxxx9392,    1021 West Eighth Avenue,    Suite 106,
             King of Prussia, PA 19406-1307
517155347   +Home Point Financial Corporation,    Acct No xxxxxx9392,    PO Box 77404,    Ewing, NJ 08628-6404
517155348   +Kennedy University Hospital,    Acct No xxxxxxxx9054,    500 Marlboro Avenue,
             Cherry Hill, NJ 08002-2020
517155349   +Lourdes Medical Center,    Acct No xxxxxxxx2824,    100 Front Street,    Riverside, NJ 08075-1181
517155352   +Lourdes Medical Center,    Acct No xxxxxxxx4958,    100 Front Street,    Riverside, NJ 08075-1181
517155351   +Lourdes Medical Center,    Acct No xxxxxxxx6830,    100 Front Street,    Riverside, NJ 08075-1181
517155350   +Lourdes Medical Center,    Acct No xxxxxxxx7044,    100 Front Street,    Riverside, NJ 08075-1181
517155353   +Lourdes Medical Center of Burlington Co.,    Acct No xxxxxxxx2824,    218 A Sunset Road,
             Willingboro, NJ 08046-1110
517155356   +Lourdes Medical Center of Burlington Co.,    Acct No xxxxxxxx4958,    218 A Sunset Road,
             Willingboro, NJ 08046-1110
517155355   +Lourdes Medical Center of Burlington Co.,    Acct No xxxxxxxx6830,    218 A Sunset Road,
             Willingboro, NJ 08046-1110
517155354   +Lourdes Medical Center of Burlington Co.,    Acct No xxxxxxxx7044,    218 A Sunset Road,
             Willingboro, NJ 08046-1110
517155357   +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
517155358   +Mariner Finance,    2465 South Broad Street,    Unit F6,    Trenton, NJ 08610-4700
517155361   +Optimum Outcomes,    Acct No xxxxxxxx4958,    PO Box 58015,    Raleigh, NC 27658-8015
517155362   +Pluese, Becker and Saltzman, LLC,    Acct No 089768,    20000 Horizon Way,    Suite 900,
             Mount Laurel, NJ 08054-4318
517155363   #+Precision Oral Surgery,    Acct No x5086,    9 East Main Street,    Moorestown, NJ 08057-3382
517155365    Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517155366    Professional Account Management,    Acct No xxxxxxxxxxxx7001,    PO Box 1520,
             Milwaukee, WI 53201-1520
517155369   +Summit Collection Services, Inc.,    PO Box 306,    Ho Ho Kus, NJ 07423-0306
517155371   +Virtua Health System,    Acct No xxxxxx6351,    401 Route 73 North,    Lake Center Building 50,
             Suite 401,    Marlton, NJ 08053-3428
517155372   +Wells Fargo Dealer Services,    Acct No xxxxxx5531,    Bankruptcy Department,    PO Box 3569,
             Rancho Cucamonga, CA 91729-3569
517155373   +Wells Fargo Dealer Services,    Acct No xxxxxx5531,    National Recovery Center,    PO Box 25341,
             Santa Ana, CA 92799-5341
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517155331   +E-mail/Text: EBNProcessing@afni.com Dec 26 2017 21:48:15     Afni,    Acct No xxxxx8742,
             1310 Martin Luther King Drive,    PO Box 3517,    Bloomington, IL 61702-3517
517155335   +E-mail/PDF: creditonebknotifications@resurgent.com Dec 26 2017 21:46:31      Credit One Bank,
             PO Box 98875,    Las Vegas, NV 89193-8875
517155359   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 26 2017 21:48:06     Midland Funding, LLC,
             2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517155360   +E-mail/PDF: pa_dc_claims@navient.com Dec 26 2017 21:46:30     Navient,    Acct No xxxxxxx4161,
             PO Box 9500,    Wilkes Barre, PA 18773-9500
517155367    E-mail/Text: bankruptcy@pseg.com Dec 26 2017 21:47:23     PSE&G,    Acct No xxxxxx5303,
             Credit and Collection Center,    PO Box 490,    Cranford, NJ 07016-0490
```

Case 17-32181-MBK    Doc 10    Filed 12/28/17    Entered 12/29/17 00:27:32    Desc Imaged
Certificate of Notice    Page 3 of 3

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 26, 2017
                              Form ID: pdf905          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517155368       E-mail/Text: appebnmailbox@sprint.com Dec 26 2017 21:48:05     Sprint,   Acct No xxxxx8742,
                6200 Sprint Parkway,   Overland Park, KS 66251
517155370      +E-mail/Text: ebn@unique-mgmt.com Dec 26 2017 21:48:37     Unique National Collections,
                Acct No 17558255,   119 East Maple Street,   Jeffersonville, IN 47130-3439
                                                                                             TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517155337*     ++DENTAL HEALTH ASSOCIATES P A,    320 SOUTH MAIN STREET,   PHILLIPSBURG NJ 08865-2859
               (address filed with court: Dental Health Associates PA,   Acct No xxx7031,   1636 Route 38,
                Suite 21,   Lumberton, NJ 08048)
517155364     ##+Precision Oral Surgery,    Acct No x5086,   2800 Route 130 North,   Suite 114,
                Cinnaminson, NJ 08077-3035
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Home Point Financial Corporation
               rsolarz@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Carolyn N. Gardner tom@torrlaw.com,   xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```